UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER D. JOHNSON,
               Petitioner                Civil Action

   V.                                                   No. 05-11569-NG

SHERIFF MICHAEL J. ASHE, JR.,
               Respondent

### ORDER FOR TRANSFER TO SPRINGFIELD DIVISION

Gertner, D.J.

    Pursuant to the provisions of Rule 40.1(d) of the Local Rules, the above-entitled case is hereby transferred to the Springfield session of this court for all further proceedings.

                                      By The Court,

                                      /s/ Maryellen Molloy
                                      Deputy Clerk

Date: August 26, 2005