AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District | Western Massachusetts |
|---|---|---|

| Name | Prisoner No. | Case No. |
|---|---|---|
| Walter D. Johnson, Jr., | 000103684 | |

Place of Confinement    Hampden County Sheriff's Department & Correctional Center, 627 Randall Road Ludlow, MA 01056

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|
| Walter Johnson, Jr.  v. | Sheriff Michael J. Ashe, Jr., |

The Attorney General of the State of:

## PETITION

1. Name and location of court which entered the judgment of conviction under attack    Hampden County Springfield Superior Courthouse

2. Date of judgment of conviction    On or about, April 24, 1996

3. Length of sentence    Not less then 7 not more then 15 years

4. Nature of offense involved (all counts)    Aggravated Rape, Indecent Assault and Battery on a person aged 14 or older, Rape, Assault with intent to commit rape, and assault and battery

5. What was your plea? (Check one)
   (a) Not guilty    ☒
   (b) Guilty    ☐
   (c) Nolo contendere    ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury    ☒
   (b) Judge only    ☐

7. Did you testify at the trial?    I provided evidence against myself, not taking the stand but conducting
   Yes ☐    No ☒    the criminal trial

8. Did you appeal from the judgment of conviction?    Yes, and the trial transcript and direct appeal was delayed
   Yes ☒    No ☐    over nine years when I spurred this Honorable Court to see it progressed, the scope of the appeal was limited forcing me to register as a sex offender, which returns me here

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _The Massachusetts Court of Appeals_

   (b) Result _The United States District Court ordered Commonwealth appoint new appellate attorney and yet I have on direct resulting in reversal of conviction and order new trial in Superior Court._

   (c) Date of result and citation, if known _Unpublished opinion released after the United States District Court's Report and Recommendation, sometime in 1996, I believe and see._

   (d) Grounds raised _Petitioner did not knowingly and voluntarily waive his right to counsel and that the trial judge abused discretion forcing him to proceed to trial represented only by stand-by-counsel. The appellate attorney limited the scope of the appeal to the day the trial judge waived his right to counsel, the day stand-by-counsel was appointed and the morning delays of trial were contributed to the petitioner._

   (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

   (1) Name of court _The Massachusetts Appeals Court reversed conviction and ordered new trial in the Hampden County Springfield Superior Court_

   (2) Result _The Commonwealth of Massachusetts was granted further review by the State Supreme Judicial Court of Massachusetts noted reasons for missing day trial judge waived petitioner's right to counsel, appellate attorney limited scope of direct appeal but based affirming conviction on the petitioner's being non-responsive to statements in possession of police and prosecutor's withheld by public defender._

   (3) Date of result and citation, if known _____

   (4) Grounds raised _The trial judge did not abuse his discretion on the morning trial was to commence ordering the petitioner to proceed to trial represented only by stand-by counsel because he waived his right to counsel prior to the morning of the trial and elected to proceed pro se represented only by stand-by-counsel_

   (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

   (1) Name of court _____

   (2) Result _____

   (3) Date of result and citation, if known _____

   (4) Grounds raised _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☑   No ☐

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _The United States District Court for the District of Massachusetts_

    (2) Nature of proceeding _Petition for Writ of Habeas Corpus from State custody because I wanted my direct appeal, but the court appointed appellate counsel failed to file brief and appeal and my direct appeal was dismissed by his failure to prosecute_

    (3) Grounds raised _The inordinate and unjustified delays of processing and delivery of the trial transcripts and delay of the direct appeal over nine years violated the Fourteenth Amendments Due Process and Equal Protection of the Laws. Denial of the right to appeal. Denial of the right to the assistance of counsel_

(3)

AO 241 (Rev. 5/85)

conviction obtain by evidence gained pursuant to unconstitutional search and seizure by violation of the privilege against self-incrimination, unlawful arrest unconstitutional failure by the prosecutor to disclose evidence favorable to the petitioner through counsel.

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
      Yes ☒    No ☐

  (5) Result _The United States District Court ordered the Commonwealth appoint new appellate attorney, get appeal back on track in 90 days or the petitioner would be ordered released._

  (6) Date of result _when Massachusetts Appeals Court reinstated the petitioner's direct appeal and United States District Court ordered petitioner's cooperation with appellate attorney and dismissed writ as moot._

(b) As to any second petition, application or motion give the same information:

  (1) Name of court _United States District Court of Appeals for the District of Massachusetts_

  (2) Nature of proceeding _Certificate of Probable Cause to Appeal_

  (3) Grounds raised _The petitioner felt the over nine years delay of his trial transcripts and direct appeal entitled him to unconditional release from custody and reversal of the state court conviction._

  (4) Did you receive an evidentiary hearing on your petition, application or motion?
      Yes ☐    No ☐

  (5) Result _The United States District Court order and memorandum and reasons underlying as well dismissal of the writ as moot upheld._

  (6) Date of result _Before Supreme Judicial Court affirmed the conviction but wondered out loud why the appellate attorney limited the scope of the direct appeal._

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?
    (1) First petition, etc.         Yes ☐    No ☐
    (2) Second petition, etc.        Yes ☐    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _The petitioner sought attorney to represent him and was told firm doesn't take these cases, perceive the need to see not available, as well as the law office doesn't get involved with prosecuting cases against the police, and couldn't be reached by letter or phone call because the law office either didn't take his phone (shelter outreach) or determined he was unable to afford to pay. The case made him live on the streets, made normal employment inaccessible to him, housing and continuing education unavailable to him._

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.
    Caution: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(4)

AO 241 (Rev. 5/85)

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted you state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: *The petitioner seeks an evidentary hearing to determine whether his direct appeal was no more than a meaningless ritual because the inordinate and unjustified delays in the appellate court violated the petitioner's due process rights, denial of effective assistance of counsel*

Supporting FACTS (state *briefly* without citing cases or law) *The delayed appeal denied him claim, the delay of the criminal trial from the time of the Holyoke Police Department Officer Daniel Fell on arrest of him in 1985 was over 420 days; the court appointed public defender's psychological coerced him to waive his right to counsel while awaiting trial at the Hampden County Sheriff's Department and Correctional Center; was compelled to file motions to obtain statements in the possession of the officer Fell and prosecutor that caused the delays of over 420 days; his stand-by-counsel requested continuance to prepare to try case but was denied by trial judge and the trial judge and prosecutor his court appointed attorneys conspired with to force him to proceed to trial represented only by stand-by-counsel for the Commonwealth withholding of witnesses present in the court earlier statements from the jury in the courtroom that she that identified in testimony of him was different, as well, to withhold a judicial determination of whether there was probable cause to arrest*

B. Ground two: *The petitioner seeks an evidentary hearing to determine whether his direct appeal was no more than a meaningless ritual because the inordinate and unjustified delays of the trial transcript plus direct appeal over nine year resulted in denial of his right to the effective assistance of counsel*

Supporting FACTS (state *briefly* without citing cases or law) *The District Court ordered the Commonwealth appoint new appellate attorney to get the direct appeal back on track and that the petitioner cooperate with appellate attorney who State Supreme Judicial Court recognized limited scope of the direct appeal because the petitioner was psychological coerced into filing pro se motions to obtain statements assigned attorneys withheld from him over 365 days prior to trial, as well new appellate attorney limited scope of the direct appeal to the day the trial judge waived petitioner's right to counsel because the Holyoke Police Officer Daniel Fell on suggested the petitioner not merely to do so face identification and interrogation procedures at stationhouse but because in the course of the criminal trial, the trial judge prohibited relevance to the identification procedures at the courthouse and the Commonwealth witnesses testified they identified photograph of the petitioner which was different than earlier testimony*

(5)

AO 241 (Rev. 5/85)

C.  Ground three: Inordinate and unjustified delays in appellate process over nine years processing and delivery of the trial transcripts and direct appeal spared the petitioner to back hearing to determine whether his direct appeal was no more than a meaningless ritual because the conviction obtained by use of evidence gained pursuant to unconstitutional search and seizure and unlawful arrest.

Supporting FACTS (state *briefly* without citing cases or law) The Springfield Superior Court Certified Clerk Docket and the Hampden County Indictments, not including indictment of assault and battery on a person age 14 or old, rape, assault w/ the intent to commit rape from March 1985, notice to the Commonwealth of Massachusetts Sex Offender Registry Board that the expired Walter Johnson convicted in April 1986 could be used to enter in the Holyoke District Court that just because Officer Fallon approved that the petitioner committed offenses of kidnapping, assault and battery, and threat to commit crime (rape), on July 3, 2005 at 4:25, that it could be presumed that just because the Holyoke Police Department recorded the arrest, that the petitioner may commit a crime or committed a crime that required him being held on $10,000.00 cash or $100 surety at the Hampden County Sheriff's Department and Correctional Center, especially not on record he is registered as a level 3 Sex Offender and and the Commonwealth of Massachusetts Sex Offender Registry Board Level 3 Sex Offender details flyer, as well as conviction obtained by use of evidence gained pursuant to unconstitutional search and search and obtained pursuant to an unlawful arrest.

D.  Ground four: Inordinate and unjustifiable delays in appellate process over nine years processing and delivery of the trial transcripts and direct appeal diminished petitioner's right to determine whether his direct appeal was no more than a meaningless ritual because of denial of right to effective assistance of counsel, privilege against self-incrimination, and unconstitutional search and seizure.

Supporting FACTS (state *briefly* without citing cases or law) The certified clerk docket and the indictments from March 1985 notice to SORB that there exists a Walter Johnson convicted in 1986, with no evidence and based on name alone was insufficient to sustain a conviction that lead to Walter D Johnson being arrested in his school dormitory room upon SORB notice to state police to bring him into Northampton District Court, January 2005, for failure to register as a sex offender (a multiple mark), where the presiding judge asked "Do you want counsel to represent you?" He informed the court that the Bar Advocate would be okayed. Bar Advocate Sarah Scholey who psychologically coerced him to sign a sex offender registration form. Then he was released and the SORB notified HHS and police Walter D Johnson existed registered sex offender and asked he be arrested after a class for failure to register charge of under (dismissed with prejudice) April, 2005 he appeared in Northampton District Court with Attorney Scholey who on June 3, 2005, informed the trial judge with the prosecutor present, she said, "Walter I'm not going to represent you on your criminal case, you were your own lawyer." As a direct result records he is a sex offender and SORB notification flyers were wrongfully made available to use charging and imposing restraint on his liberty, particularly Officer Fallon.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: Bar Advocate Sarah Scholey coerced his sex offender registration because no evidence of a crime exists and the certified clerk docket and indictments were based on name alone insufficient to sustain a conviction as well as Attorney Scholey refused to represent the petitioner on the criminal case because, as she said, he was this own lawyer. And Officer Fallon relied on this denial of right to counsel as he (Officer Fallon) because to generate charges of kidnapping, assault and battery and threat to commit crime (rape) based only upon records bureau and the SORB notification, but not anything criminally done by him.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

    (a) At preliminary hearing The petitioner was assigned Bar Advocate Nancy O'Connor at the Holyoke District Court assembly of prosecution.

    (b) At arraignment and plea Springfield Committee for Public Counsel Service, Attorney Nancy Caplan on the Springfield Superior Court level

(6)

AO 241 (Rev. 5/85)

(c) At trial _The Honorable Judge John F. Moriarty commenced criminal trial with the petitioner represented only by stand-by counsel, Attorney David Hoose_

(d) At sentencing _The presiding judge, Honorable Judge John F. Moriarty commenced sentencing with the petitioner represented only by stand-by counsel, Attorney David Hoose_

(e) On appeal _The United States District Court ordered the Commonwealth appoint new attorney to get appeal back on track, it was Thomas Murry who came on board._

(f) In any post-conviction proceeding _____

_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and the same time?
    Yes ☒    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒
    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☐

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_July 27, 2005_
       (date)

_____
Signature of Petitioner

(7)