UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER D. JOHNSON, JR., | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-11569-MAP |
| MICHAEL J. ASHE, JR., | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent Michael J. Ashe, Jr. in connection with the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  October 18, 2005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on October 18, 2005, by first class mail, postage prepaid, upon:

Walter D. Johnson, Jr.
Hampden County Sheriff's Department
    and Correctional Center
627 Randall Rd.
Ludlow, MA  01056

pro se

                                        /s/ Randall E. Ravitz
                                        Randall E. Ravitz