UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER D. JOHNSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11569-MAP |
| ) | |
| MICHAEL J. ASHE, JR., ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PETITION

Respondent Michael J. Ashe, Jr. (the "Respondent") hereby respectfully moves this Court to enlarge until November 19, 2005 the time within which he must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Walter D. Johnson, Jr. (the "Petitioner"). The Respondent's response is currently due on October 19, 2005. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 1986 conviction in the Hampden County, Massachusetts, Superior Court.

2. The Petition includes serious allegations and references complex areas of law.

3. The undersigned counsel received the necessary documents from the district attorney's office that prosecuted the criminal case listed above only one day prior to the filing of the instant Motion. Counsel must have adequate time to review such documents in order to respond sufficiently to the Petition and file documentation reflecting on whether the Petitioner has exhausted state remedies, per this Court's Amended Order of September 28, 2005.

4.  No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court in this case.

5.  Allowance of the instant Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

WHEREFORE, the Respondent requests that this Court enlarge the time within which he must answer or otherwise respond to the Petition until November 19, 2005.

                                        Respectfully submitted,

                                        THOMAS F. REILLY
                                        Attorney General

                                        /s/ Randall E. Ravitz
                                        Randall E. Ravitz (BBO # 643381)
                                        Assistant Attorney General
                                        Criminal Bureau
                                        One Ashburton Place
                                        Boston, Massachusetts  02108
Dated:  October 18, 2005              (617) 727-2200, ext. 2852

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on October 18, 2005, by first class mail, postage prepaid, upon:

Walter D. Johnson, Jr.
Hampden County Sheriff's Department
   and Correctional Center
627 Randall Rd.
Ludlow, MA  01056

pro se

                                             /s/ Randall E. Ravitz
                                             Randall E. Ravitz