UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER D. JOHNSON, JR., )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MICHAEL J. ASHE, JR., )<br>)<br>Respondent. )<br>) | Civil Action No. 05-11569-MAP |

**RESPONDENT'S MOTION FOR A FURTHER ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PETITION**

Respondent Michael J. Ashe, Jr. (the "Respondent") hereby respectfully moves this Court to enlarge until December 5, 2005 the time within which he must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Walter D. Johnson, Jr. (the "Petitioner"). The Respondent's response was originally due on October 19, 2005, and the Respondent previously moved for an enlargement of time until November 19, 2005 within which to respond. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 1986 conviction in the Hampden County, Massachusetts, Superior Court (the "Superior Court").

2. The Petition includes serious allegations and references complex areas of law.

3. This Court's Amended Order of September 28, 2005, inter alia, directed the Respondent to furnish documents reflecting whether the Petitioner has exhausted state remedies with respect to the claims in his Petition.

4. The Respondent's previous request for an enlargement of time was based on the fact that the Respondent's counsel had just received the necessary documents from the district

attorney's office that prosecuted the Petitioner's underlying criminal case. The Respondent indicated that his counsel required sufficient time to review such documents and to prepare those documents that reflected whether the Petitioner had exhausted state remedies.

5. The Respondent's counsel has thoroughly reviewed the documents obtained from the district attorney's office. That review, however, revealed that several key documents are incomplete or missing.

6. Moreover, counsel for the Respondent has not yet obtained updated versions of the dockets for all counts on which the Petitioner was convicted, which dockets are not available through the Superior Court's website.

7. This lack of full documentation makes it difficult for the Respondent to determine whether certain affirmative defenses apply and to prepare a complete and thorough response to the Petition.

8. In particular, the Respondent is unable to conclusively determine how, if at all, the Superior Court disposed of a particular motion for collateral relief filed by the Petitioner in 1987. The documents that the Respondent has received thus far offer conflicting information on this issue.

9. The Respondent's lack of full documentation also hinders his ability to provide all documents relevant to the issue of whether the Petitioner previously exhausted state remedies with respect to the claims advanced in his Petition.

10. The enlargement of time requested herein totals only sixteen (16) days and is thus modest in scope.

11. Allowance of the instant Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

WHEREFORE, the Respondent requests that this Court enlarge the time within which he must answer or otherwise respond to the Petition until December 5, 2005.

        Respectfully submitted,

        THOMAS F. REILLY
        Attorney General

        /s/ Randall E. Ravitz
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2852

Dated:  November 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on November 19, 2005, by first class mail, postage prepaid, upon:

Walter D. Johnson, Jr.
Hampden County Sheriff's Department
    and Correctional Center
627 Randall Rd.
Ludlow, MA  01056

pro se

        /s/ Randall E. Ravitz
        Randall E. Ravitz