UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WALTER D. JOHNSON, JR., | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | Civil Action No. 05-11569-MAP |
| MICHAEL J. ASHE, JR., | ) ) ) | |
| Respondent. | ) ) | |

**RESPONDENT'S MOTION FOR A BRIEF, FURTHER ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO PETITION**

Respondent Michael J. Ashe, Jr. (the "Respondent") hereby respectfully moves this Court to enlarge until December 12, 2005 the time within which he must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Walter D. Johnson, Jr. (the "Petitioner"). The Respondent's response was originally due on October 19, 2005 and was extended by this Court upon prior motions to December 5, 2005. In support of this Motion, the Respondent states as follows:

1. The Petition arises from a 1986 conviction in the Hampden County, Massachusetts, Superior Court (the "Superior Court").

2. The Petition includes serious allegations and references complex areas of law.

3. As reflected in the Respondent's prior filings, a significant amount of time was required for the Respondent to obtain relevant documents from the district attorney's office that prosecuted the Petitioner's underlying criminal case and from the court in which the Petitioner was convicted. The Respondent has now obtained and analyzed such documents.

4.      It has recently become apparent to the Respondent that the Petitioner may not be in custody pursuant to the judgment attacked in his Petition, and that his current incarceration may be based on charges separate and distinct from that conviction. Such apparent facts were not obvious from the face of the Petition or the documentation obtained by the Respondent, but would be directly relevant to whether the current habeas corpus action is cognizable.

5.      The Respondent requires a brief enlargement of time to obtain documentation concerning the issue referenced above.

6.      The one-week enlargement of time requested herein is modest in scope. Moreover, it is likely that the Respondent will obtain the information referenced above and be able to file his response prior to the expiration of that period.

7.      Allowance of the instant Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

8.      No further enlargements of time within which to respond to the Petition will be requested.

WHEREFORE, the Respondent requests that this Court enlarge the time within which he must answer or otherwise respond to the Petition until December 12, 2005.

Respectfully submitted,

THOMAS F. REILLY
Attorney General


 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  December 5, 2005

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on December 5, 2005, by first class mail, postage prepaid, upon:

Walter D. Johnson, Jr.
Hampden County Sheriff's Department
   and Correctional Center
627 Randall Rd.
Ludlow, MA  01056

pro se

                                              /s/ Randall E. Ravitz
                                               Randall E. Ravitz