UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER D. JOHNSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11569-MAP |
| ) | |
| MICHAEL J. ASHE, JR., ) | |
| ) | |
| Respondent. ) | |

### RESPONDENT'S MOTION TO DISMISS PETITION

Respondent Michael J. Ashe, Jr. (the "Respondent") hereby respectfully moves that the Habeas Corpus Petition (the "Petition") filed by Petitioner Walter D. Johnson, Jr. (the "Petitioner") be dismissed with prejudice in its entirety. The Petition cannot be entertained, because the Petitioner is not in custody pursuant to the judgment attacked in his Petition, his Petition should be found time-barred, and he has failed to exhaust state remedies with respect to all claims contained in his Petition.

In further support of this Motion, the Respondent relies on and incorporates his Memorandum of Law and Appendix filed herewith.

WHEREFORE, the Respondent requests that this Honorable Court allow this Motion, dismiss the Petition with prejudice in its entirety, and grant such other relief as is just and proper under the circumstances.

        Respectfully submitted,

        THOMAS F. REILLY
        Attorney General


        /s/ Randall E. Ravitz
        Randall E. Ravitz (BBO # 643381)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200, ext. 2852

Dated:  December 9, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served on December 9, 2005, by first class mail, postage prepaid, upon:

Walter D. Johnson, Jr.
Hampden County Sheriff's Department
    and Correctional Center
627 Randall Rd.
Ludlow, MA  01056

pro se

        /s/ Randall E. Ravitz
        Randall E. Ravitz