UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER D. JOHNSON, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-11569-MAP |
| ) | |
| MICHAEL J. ASHE, JR., ) | |
| ) | |
| Respondent. ) | |

## RESPONDENT'S APPENDIX ACCOMPANYING HIS
## MOTION TO DISMISS PETITION

Pursuant to this Court's Amended Order of September 28, 2005, Respondent Michael J. Ashe, Jr. (the "Respondent"), hereby files this Appendix containing documents relevant to the issue of whether Petitioner Walter D. Johnson, Jr. (the "Petitioner") previously exhausted available state remedies with respect to the matters raised by his habeas corpus petition (the "Petition"). The offering of such documents should not be construed as implying that the Respondent considers the Petitioner to have exhausted state remedies. In fact, the Respondent takes a position to the contrary, as discussed in his Memorandum of Law in Support of His Motion to Dismiss Petition.

Specifically, attached hereto as exhibits are true and accurate copies of the following:

EXHIBIT A.    Dockets in connection with Commonwealth v. Walter Johnson, Jr., Case Nos. 85-1224 through 85-1233 in the Hampden County, Massachusetts, Superior Court ("Super. Ct. Docket Nos. 85-1224 through 85-1233");

EXHIBIT B.   Docket in connection with Commonwealth v. Walter Johnson, Jr., Case No. 1989-P-0271 in the Massachusetts Appeals Court ("App. Ct. Docket No. 1989-P-0271");

EXHIBIT C.   Docket in connection with Commonwealth v. Walter Johnson, Case No. FAR-08214 in the Massachusetts Supreme Judicial Court ("SJC Docket No. FAR-08214");

EXHIBIT D.   Docket in connection with Commonwealth v. Walter Johnson, Case No. SJC-07178 in the Massachusetts Supreme Judicial Court ("SJC Docket No. SJC-07178");

EXHIBIT E.   Docket in connection with Walter D. Johnson, Jr. v. James Shannon, et al., Case No. 89-CV-02845-MLW in the United States District Court for the District of Massachusetts ("USDC Docket No. 89-CV-02845-MLW");

EXHIBIT F.   Docket in connection with Walter D. Johnson, Jr. v. Paul DiPable, Case No. 93-CV-10769-MLW in the United States District Court for the District of Massachusetts ("USDC Docket No. 93-CV-10769-MLW");

EXHIBIT G.   Docket in connection with Walter D. Johnson, Jr. v. Peter Pepe, Case No. 98-CV-10863-JLT in the United States District Court for the District of Massachusetts ("USDC Docket No. 98-CV-10863-JLT");

EXHIBIT H.   Docket in connection with Commonwealth v. Walter D. Johnson, Jr., Case No. 0517-CR-001954 in the Holyoke, Massachusetts, District Court ("Docket No. 0517-CR-001954");

EXHIBIT I.   Commonwealth v. Johnson, 39 Mass. App. Ct. 1116, 657 N.E.2d 246 (1995) (unpublished opinion);

EXHIBIT J.     Commonwealth v. Johnson, 422 Mass. 1102, 661 N.E.2d 100 (1996) (table decision);

EXHIBIT K.     Commonwealth v. Johnson, 424 Mass. 338, 676 N.E.2d 1123 (1997);

EXHIBIT L.     Johnson v. DiPaolo, C.A. No. 93-10769-WF (D. Mass. filed Dec. 8, 1993) (Karol, M.J.);

EXHIBIT M.     Johnson v. DiPaolo, C.A. No. 93-10769-MLW (D. Mass. filed June 29, 1994);

EXHIBIT N.     Johnson v. Pepe, No. 98-CV-10863-JLT (D. Mass. filed Mar. 12, 1999) (Bowler, M.J.);

EXHIBIT O.     Johnson v. Pepe, No. 98-CV-10863-JLT (D. Mass. filed Mar. 23, 1999);

EXHIBIT P.     Petitioner's Motion for Release from Unlawful Restraint filed in connection with Commonwealth v. Walter Johnson, Jr., Case Nos. 85-1224 through 85-1233 in the Hampden County, Massachusetts, Superior Court ("Pet'r's Mot. Release Unlawful Restraint");

EXHIBIT Q.     Petitioner's Brief and Record Appendix on Appeal from the Hampden County Superior Court in connection with Commonwealth v. Walter Johnson, Case No. 89-P-0271 in the Massachusetts Appeals Court ("Pet'r's Br. to App. Ct./SJC");

EXHIBIT R.     Commonwealth's Motion Under Rules of Appeals Court 1:28 and Mass. R. App. P. 15 for Summary Disposition and for Leave to Proceed on Memorandum of Law in Lieu of Brief in connection with Commonwealth v. Walter Johnson, Case No. 89-0271 in the Massachusetts Appeals Court ("Commonwealth's Mot. Summ. Disposition to App. Ct.");

EXHIBIT S.     Commonwealth's Memorandum of Law in Support of Its Motion for Summary Disposition in connection with <u>Commonwealth v. Walter Johnson</u>, Case No. 89-0271 in the Massachusetts Appeals Court ("Commonwealth's Mem. Supp. Mot. Summ. Disposition to App. Ct.");

EXHIBIT T.     Commonwealth's Application for Further Appellate Review in connection with <u>Commonwealth v. Walter Johnson</u>, Case No. SJC-07178 in the Massachusetts Supreme Judicial Court ("Commonwealth's ALOFAR");

EXHIBIT U.     Commonwealth's Memorandum in Support of Its Application for Further Appellate Review in connection with <u>Commonwealth v. Walter Johnson</u>, Case No. SJC-07178 in the Massachusetts Supreme Judicial Court ("Commonwealth's Mem. Supp. ALOFAR");

EXHIBIT V.     Commonwealth's Supplemental Brief and Appendix in connection with <u>Commonwealth v. Walter Johnson</u>, Case No. SJC-07178 in the Massachusetts Supreme Judicial Court ("Commonwealth's Suppl. Br. & Appendix to SJC");

EXHIBIT W.     Criminal Complaint in connection with <u>Commonwealth v. Walter D. Johnson, Jr.</u>, Case No. 0517-CR-001954 in the Holyoke, Massachusetts, District Court ("Criminal Compl. Case No. 0517-CR-001954"); and

EXHIBIT X.     Mittimus in Lieu of Bail in connection with <u>Commonwealth v. Walter D. Johnson, Jr.</u>, Case No. 0517-CR-001954 in the Holyoke, Massachusetts, District Court ("Mittimus Case No. 0517-CR-001954").

Respectfully submitted,

THOMAS F. REILLY
Attorney General


 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  December 9, 2005


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on December 9, 2005, by first class mail, postage prepaid, upon:

Walter D. Johnson, Jr.
Hampden County Sheriff's Department
    and Correctional Center
627 Randall Rd.
Ludlow, MA  01056

pro se

 /s/ Randall E. Ravitz
Randall E. Ravitz

5