UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WALTER D. JOHNSON, JR.,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL J. ASHE, JR.,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-11569-MAP<br>)<br>)<br>)<br>)<br>) |

### RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE CONCERNING EXHIBITS TO HIS APPENDIX ACCOMPANYING HIS MOTION TO DISMISS PETITION

Notice is hereby given that the following Exhibits to the Respondent's Appendix Accompanying His Motion to Dismiss Petition have been manually filed with the Court and are available in paper form only:

EXHIBIT A.    Dockets in connection with Commonwealth v. Walter Johnson, Jr., Case Nos. 85-1224 through 85-1233 in the Hampden County, Massachusetts, Superior Court ("Super. Ct. Docket Nos. 85-1224 through 85-1233");

EXHIBIT B.    Docket in connection with Commonwealth v. Walter Johnson, Jr., Case No. 1989-P-0271 in the Massachusetts Appeals Court ("App. Ct. Docket No. 1989-P-0271");

EXHIBIT C.    Docket in connection with Commonwealth v. Walter Johnson, Case No. FAR-08214 in the Massachusetts Supreme Judicial Court ("SJC Docket No. FAR-08214");

EXHIBIT D.      Docket in connection with Commonwealth v. Walter Johnson, Case No. SJC-07178 in the Massachusetts Supreme Judicial Court ("SJC Docket No. SJC-07178");

EXHIBIT E.      Docket in connection with Walter D. Johnson, Jr. v. James Shannon, et al., Case No. 89-CV-02845-MLW in the United States District Court for the District of Massachusetts ("USDC Docket No. 89-CV-02845-MLW");

EXHIBIT F.      Docket in connection with Walter D. Johnson, Jr. v. Paul DiPable, Case No. 93-CV-10769-MLW in the United States District Court for the District of Massachusetts ("USDC Docket No. 93-CV-10769-MLW");

EXHIBIT G.      Docket in connection with Walter D. Johnson, Jr. v. Peter Pepe, Case No. 98-CV-10863-JLT in the United States District Court for the District of Massachusetts ("USDC Docket No. 98-CV-10863-JLT");

EXHIBIT H.      Docket in connection with Commonwealth v. Walter D. Johnson, Jr., Case No. 0517-CR-001954 in the Holyoke, Massachusetts, District Court ("Docket No. 0517-CR-001954");

EXHIBIT I.      Commonwealth v. Johnson, 39 Mass. App. Ct. 1116, 657 N.E.2d 246 (1995) (unpublished opinion);

EXHIBIT J.      Commonwealth v. Johnson, 422 Mass. 1102, 661 N.E.2d 100 (1996) (table decision);

EXHIBIT K.      Commonwealth v. Johnson, 424 Mass. 338, 676 N.E.2d 1123 (1997);

EXHIBIT L.      Johnson v. DiPaolo, C.A. No. 93-10769-WF (D. Mass. filed Dec. 8, 1993) (Karol, M.J.);

EXHIBIT M.    Johnson v. DiPaolo, C.A. No. 93-10769-MLW (D. Mass. filed June 29, 1994);

EXHIBIT N.    Johnson v. Pepe, No. 98-CV-10863-JLT (D. Mass. filed Mar. 12, 1999) (Bowler, M.J.);

EXHIBIT O.    Johnson v. Pepe, No. 98-CV-10863-JLT (D. Mass. filed Mar. 23, 1999);

EXHIBIT P.    Petitioner's Motion for Release from Unlawful Restraint filed in connection with Commonwealth v. Walter Johnson, Jr., Case Nos. 85-1224 through 85-1233 in the Hampden County, Massachusetts, Superior Court ("Pet'r's Mot. Release Unlawful Restraint");

EXHIBIT Q.    Petitioner's Brief and Record Appendix on Appeal from the Hampden County Superior Court in connection with Commonwealth v. Walter Johnson, Case No. 89-P-0271 in the Massachusetts Appeals Court ("Pet'r's Br. to App. Ct./SJC");

EXHIBIT R.    Commonwealth's Motion Under Rules of Appeals Court 1:28 and Mass. R. App. P. 15 for Summary Disposition and for Leave to Proceed on Memorandum of Law in Lieu of Brief in connection with Commonwealth v. Walter Johnson, Case No. 89-0271 in the Massachusetts Appeals Court ("Commonwealth's Mot. Summ. Disposition to App. Ct.");

EXHIBIT S.    Commonwealth's Memorandum of Law in Support of Its Motion for Summary Disposition in connection with Commonwealth v. Walter Johnson, Case No. 89-0271 in the Massachusetts Appeals Court ("Commonwealth's Mem. Supp. Mot. Summ. Disposition to App. Ct.");

| | |
|---|---|
| EXHIBIT T. | Commonwealth's Application for Further Appellate Review in connection with Commonwealth v. Walter Johnson, Case No. SJC-07178 in the Massachusetts Supreme Judicial Court ("Commonwealth's ALOFAR"); |
| EXHIBIT U. | Commonwealth's Memorandum in Support of Its Application for Further Appellate Review in connection with Commonwealth v. Walter Johnson, Case No. SJC-07178 in the Massachusetts Supreme Judicial Court ("Commonwealth's Mem. Supp. ALOFAR"); |
| EXHIBIT V. | Commonwealth's Supplemental Brief and Appendix in connection with Commonwealth v. Walter Johnson, Case No. SJC-07178 in the Massachusetts Supreme Judicial Court ("Commonwealth's Suppl. Br. & Appendix to SJC"); |
| EXHIBIT W. | Criminal Complaint in connection with Commonwealth v. Walter D. Johnson, Jr., Case No. 0517-CR-001954 in the Holyoke, Massachusetts, District Court ("Criminal Compl. Case No. 0517-CR-001954"); and |
| EXHIBIT X. | Mittimus in Lieu of Bail in connection with Commonwealth v. Walter D. Johnson, Jr., Case No. 0517-CR-001954 in the Holyoke, Massachusetts, District Court ("Mittimus Case No. 0517-CR-001954"). |

The original documents are maintained in the case file in the Clerk's Office.

Respectfully submitted,

THOMAS F. REILLY
Attorney General


 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  December 9, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on December 9, 2005, by first class mail, postage prepaid, upon:

Walter D. Johnson, Jr.
Hampden County Sheriff's Department
    and Correctional Center
627 Randall Rd.
Ludlow, MA  01056

pro se

 /s/ Randall E. Ravitz
Randall E. Ravitz

5