

# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108-1598

THOMAS F. REILLY
ATTORNEY GENERAL

(617) 727-2200
www.ago.state.ma.us

December 13, 2005

**Via First-Class Mail**

Ms. Sarah A. Thornton, Clerk
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

    Re:    *Walter D. Johnson, Jr. v. Michael J. Ashe, Jr.*,
              <u>Civil Action No. 05-11569-MAP</u>

Dear Ms. Thornton:

    Enclosed are two letters that I received today from the Petitioner in the case listed above. Given that they appear to be handwritten originals and are addressed to the Court Clerk and Judge Ponsor, it was not clear whether the Petitioner had properly filed copies of such letters with the Court. I am thus submitting the originals to your office and am retaining copies of both.

    Please do not hesitate to contact me if you have any questions regarding the enclosed. Thank you for your attention to this matter.

Very truly yours,

Randall E. Ravitz

cc:    Walter D. Johnson, Jr., pro se (via first class mail)

629 Randall Road
Ludlow, MA 01056
December 9, 2005

United States District Court
  Office Of The Clerk
United States Courthouse
1550 Main Street
Springfield, MA 01103

Re: Walter D. Johnson, Jr. vs Michael J. Ashe, Jr.,
    Civil Action No. 05-11569-MAP

Dear Clerk,

    I'm, Mr. Walter D. Johnson, Jr., and writing because on December 7, 2005, I receive the Respondent's Motion For A Brief, Further Enlargement Of Time Within Which To Respond To Petition. I read that the Respondent believed my custody may not be pursuant to the judgment I am attaching so I drew up a response I put in request slips (because I been confined in the segregation unit four months) for copies



The counselor came around sometime after lunch took the documents and sent back one photo copy by an inmate. I was forced to try to get the one additional copy not provided before sending the court and respondent my filing. However, it was not until 3:00 p.m., before that was allowed Next, I need a money transfer slip to have money taken from my account to pay for postage on the filings. The counselor who brought me the copies walked away after, I made the verbal request for the slip and he needed to sign the slip so, when I did obtain it, I was forced to wait over night, to get the process taken care of, which is in process but has not been completed

    I am requesting the enclosed letter be sent to the judge hearing this case with certificate of service.

629 Randall Road
Ludlow, MA 01056
December 9, 2005

Honorable Judge Michael A. Ponsor
   United States District Court
      Office Of The Clerk
   United States Courthouse
      1550 Main Street
   Springfield, MA 01103

Re: Walter D. Johnson, Jr., vs. Michael J. Ashe Jr.,
    Civil Action No. 05-11569-MAP

Honorable Judge Ponson:

   I'm, Mr. Walter D. Johnson, Jr., and writing because the respondent has me confined in segregation on twenty four hours a day lock up. I put in request for copies, today the counsel gives my legal papers to an inmate to return to me, I don't know if they read the material. I do know, the respondent says inmates are going to be out to get me to hold me on P.C.A.D. Unit Classification, when they gave my

my legal papers to an inmate to return to me today. It occurred to me, they're behind stimulating my confrontation with an inmate in population, where the Davis 3 Pod Officer moved my cell mate and talked to another about me who confronted me about the sex offense, I was convicted for seventeen years ago.

I am willing to swore, after the A-3 Pod Officer was seen by me speaking with the inmate, I was approached and the altercation put me in segregation. I am even stating, the C-2 segregation counselor gave my legal papers to an inmate who returned them today.

Finally, I am disputing the respondent's contention that my currently being held has nothing to do with the conviction under attack, it does have everything to do with that conviction (1) Holyoke Police Officer Daniel Fallon was the arresting officer on the conviction in 1986 (2) without Officer Fallon there would be no certified clerk docket and indictments notice to the Sex Offender Registry Board of Massachusetts that one Walter D. Johnson, Jr, was convicted and might have a duty to register (3) Holyoke Police Officer Kevin P. Whalen stated Officer Moriarty was going to attempt to speak with me for possible arrest for kidnapping (4) Approving Officer Fallon and Reporting Officer Matthew Moriarty offenses were kidnapping, assault and battery

4

and threat to commit crime (Rape) (5) then, Officer Whalen stated that upon further investigation Officer Moriarty informed him that I was identified as a Level 3 Sex Offender (6) Officer Moriarty stated that Ms. Perkins had been raped before (7) Appointed Attorney Gari Lavendis informed the Holyoke District Court Judge that I was a Level 3 Sex Offender during my bail hearing (8) Respondent holds me on $10,000.00 dollar bail out of the Holyoke District Court.

Therefore, I deserve a hearing on probable cause to determine whether my direct appeal was no more than a meaningless ritual. The exhibits and opposition motions should arrive later.

### Certificate Of Service

I hereby certify that a hand written copy of the above papers was served on December 9, 2005, by stamped envelop, postage prepaid upon: Randall E. Ravitz, Assistant Attorney General Criminal Bureau, One Ashburton Place, Boston Massachusetts 02108

Walter D. Johnson Jr.
Walter D. Johnson Jr.