United States District Court
District of Massachusetts

Walter D. Johnson, Jr.,
    Petitioner,

v.

Michael J. Ashe, Jr.,
    Respondent,

Civil Action No.
05-11569-MAP

Petitioner's Opposition To The Respondent's Motion For A Brief Further Enlargement Of Time Within Which To Respond To Petition

    Petitioner, Walter D. Johnson, Jr., direct appeal of his state court conviction was delayed and processing and deliver of the trial transcript for over nine years. The United States District Court found those delays unjustified and ordered the Commonwealth to appoint new appellate attorney and to get the direct appeal prosecuted. Although the Massachusetts Appeal Court agreed that the petitioner did not voluntary and intentionally waive his right to counsel, the convict was reversed and new trial order. The Commonwealth, sought further appellate review and was granted review at the Supreme Judicial

Court, and won affirmance of the conviction on the grounds, that the defendant voluntary and intentionally waived his right to counsel and that the trial judge did not error in commencing the trial with the petitioner proceeding pro se represented only by stand by counsel. The petitioner stated in his petition that he is entitled a hearing to determine whether his appeal was no more than a meaningless error.

At number 4, of the respondent for a brief, further enlargement of time, the current custody, contrary to the respondents inference may be based on an obligation to register as a sex offender as a direct result of the 1986 conviction. In fact, the Holyoke Police Officer Daniel Fullon was the arresting officer on the 1986 conviction and approving officer of the designation as a level 3 sex Offender resulting from the 1986 conviction, which may be bases for the charges he's currently incarcerated or awaiting trial on at this time.

Therefore, the petitioner submits an affidavit and supporting documents so he will not be further prejudice because of his race by respondent.

Respectfully submitted,
By Petitioner

*Walter D. Johnson Jr.*
Walter D. Johnson, Jr.
Hampden County Sheriff's
Department and Correctional
Center
629 Randall Rd
Ludlow, MA 01056

Dated: December 9, 2005

## Certificate Of Service

I hereby certify that a true copy of the above document was served on December 9, 2005, by institutional mail, postage prepaid, upon:

Randall E. Ravitz
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

*Walter D. Johnson, Jr.,*
Walter D. Johnson, Jr.,