United States District Court
District Of Massachusetts

Walter D. Johnson, Jr.,
    Petitioner

v.                                    Civil Action No

Michael J. Ashe, Jr.,                 05-11569-MAP
    Respondent.

FILED
IN CLERK'S OFFICE
2005 DEC 16  A 11: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Renewed Motion For Appointment Of Counsel For The Petitioner

Now comes the petitioner in the above entitled matter and respectfully request that counsel be appointed for his current habeas corpus action. In support of this filing, the petition contends the following:

1) The Respondent has taken up a course that may mislead this Honorable Court to believe the petitioner's current incarceration may be based on charges separate and distinct from the conviction.

2) The Petitioner facts and documents submitted are complexed and trained legal assistance has become necessary to present prejudice the Respondent currently

emerced the petitioner facts under.

3) It has always been apparent to the Petitioner that argument that the 1986 conviction arresting, Holyoke Police Department Officer Daniel Fallon whose the approving officer on the charges currently requiring the restraints on the petitioner's liberty

4) The Petitioner requires appointment of counsel to argue that but for the conviction in 1986 there would be no level 3 sex offender registration of the petitioner. Such registration allowed the Officer Fallon approve on the Holyoke Police Department Arrest Report, the petitioner reoffended on July 3, 2005 at 4:25 P.M., see exhibit 3, pg. 1 & 2, par. 3.

5) The appointment of counsel has skills to argue that the Holyoke Police Officer Kevin P. Whalen engaged in illegal discrimination maybe with statement that Officer Moriarty informed him that the petitioner was a level 3 sex offender because no where in the Holyoke Police Department Narrative For Officer Matthew F. Moriarty does it say that.

Therefore, the Petitioner submits an Affidavit In Support of this motion.

Respectfully submitted,
By Petitioner

*Walter D. Johnson Jr.*
Walter D. Johnson, Jr.,
Hampden County Sheriff's
Department and Correctional
Center
629 Randall Rd
Ludlow, MA 01056

Dated: December 9, 2005

Certificate Of Service

I hereby certify that a true copy of the above document was served on December 9, 2005, by institutional mail, postage prepaid, upon:

Randall E. Ravitz
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

*Walter D. Johnson Jr.*
Walter D. Johnson, Jr.