United States District Court
District Of Massachusetts

Walter D. Johnson, Jr.,
   Petitioner

vs.

Michael J. Ashe, Jr.,
   Respondent.

Civil Action No.
05-11569-MAP

### Affidavit In Support Of The Renewed Motion For Appointment Of Counsel For The Petitioner

I am Mr. Walter D. Johnson, Jr., and declare under penalty of perjury the following:

1. The Holyoke Police Officer Daniel Fallon arrested me on February 26, 1986, at the Holyoke Police Department after subjecting not merely to uniform police officers transporting me to the station house so that he could compel me to waive my constitutional rights and subject me to a face to face identification between me and prosecutor's witness in absence of counsel for my defense but his arrest of me on charge of rape.

2. Also, the Holyoke Police Officer Fallon approved the charges of the Reporting Officer Matthew F. Moriarty, contained in the Holyoke Police Department Arrest Report. On the one hand, I need a lawyer to argue the followings:

   a. The Holyoke Police Officer Kevin P. Whalen stated that Officer Moriarty wanted to try talk with me about a kidnapping.

   b. The Holyoke Police Officer Fallon and Officer Moriarty arrest reported it was for kidnapping, assault and battery, and threat to commit crime (Rape).

   c. Then, Holyoke Police Officer Whalen stated that upon further investigation Officer Moriarty informed him I was a Level 3 Sex Offender.

   Note: I read the Holyoke Police Department Narrative for Officer Matthew F. Moriarty and no where in the document does he report his investigation identified me as a Level 3 Sex Offender.

3. The complexity grows because the Holyoke Police Department Officer Moriarty stated "After finishing her statement to me Ms. Perkins stated she had been raped before," which gives an inference that an illegal harassment of me's begone because of the designation of level 3 sex offender classification. Exhibit 7, pg. 2, par. 5.

4. The Holyoke Police Officer Fallon and Officer Moriarty arrest report documented that the charge of threat to commit crime (Rape) occurred July 3, 2005 at 4:25 P.M., see exhibit 3. But, Ms. Roberta Perkins stated that the threat to commit crime (Rape) occurred around 3:00 o'clock. Exhibit 4, pg. 1, par. 4.

5. In all the statements, I am accused of their offenses of a sexual nature or having offended as a sex offender, as a result, I need a lawyer to explain my liberty been restrained based on the criminal conviction not for any crime I committed.

Wherefore, I respectfully request appointment of counsel to argue that I had been prejudiced in every way by the conviction and restraints on my liberty in the Respondent custody pursuant to the judgment under attack.

Respectfully submitted,
By Petitioner
Walter D. Johnson, Jr.
Walter D. Johnson, Jr.,
Hampden County Sheriff's Department
and Correctional Center
629 Randall Rd
Ludlow, MA 01056

Dated: December 9, 2005

Certificate Of Service

I hereby certify that a true copy of the above document was served on December 9, 2005, by institutional mail, postage prepaid, upon:

Randall E. Ravitz
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108

Walter D. Johnson, Jr.
Walter D. Johnson, Jr.

Table of Exhibits

1. Commonwealth of Massachusetts Sex Offender Registry Board Level 3 Sex Offender - Detail Flyer
2. Holyoke Police Department Narrative For Officer Kevin P. Whalen
3. Holyoke Police Department Arrest Report
4. Statement Given By Roberta Perkins to Detective Kevin Whalen at the Holyoke Police Department Criminal Investigations Bureau.
5. Statement Given By Jeremy Darcy to Detective Richard Stuart at the Holyoke Police Department Criminal Investigation Bureau.
6. Commonwealth of Massachusetts Department Of The Trial Court, Nolle Prosqui
7. Holyoke Police Department Narrative For Officer Matthew F. Moriarty

1



# Commonwealth of Massachusetts
## Sex Offender Registry Board
*Level 3 Sex Offender - Detail Flyer*

Sunday, July 3, 2005                                                                                       9:37PM

Pursuant to **M.G.L. C. 6, §§ 178C - 178P**, the individual who appears on this notification has been designated a **Level 3 Sex Offender** by the Sex Offender Registry Board. The Board has determined that this individual is a **high risk** to reoffend and that the degree of dangerousness posed to the public is such that a substantial public safety interest is served by active community notification.



| Name | |
|---|---|
| WALTER D JOHNSON JR | |
| Age | 44 |
| Race | B |
| Sex | M |
| Height | 602 |
| Weight | 196 |
| Hair Color | BLK |
| Eye Color | BRO |

| Live_Work_Other | ADDRESS | County |
|---|---|---|
| L | 579 NORTHAMPTON ST HOLYOKE MA 01040 | HAMPDEN |
| O | 43 CENTER STREET, SUITE 3 HOLYOKE MA 01040 | HAMPDEN |
| W | 1-200 MAIN ST NORTHAMPTON MA 01060 | HAMPSHIRE |

| Num | Offense | Conviction |
|---|---|---|

http://ma-sorb.gis.net/ResultDetail.asp                                                                      7/3/2005

Offenses

| | | |
|---|---|---|
| 1 | AGGRAVATED RAPE | 4/24/1986 |
| 1 | INDECENT ASSAULT AND BATTERY ON A PERSON AGED 14 OR OLDER | 4/24/1986 |
| 1 | RAPE | 4/24/1986 |
| 2 | ASSAULT WITH INTENT TO COMMIT RAPE | 4/24/1986 |

Information shall not be used to commit a crime or to engage in illegal discrimination or harassments of an offender. Any person who uses information disclosed pursuant to M.G.L. C. 6 §§ 178C - 178P for such purposes shall be punished by not more than two and one half (2 ½) years in a house of correction or by a fine of not more than one thousand dollars ($1000.00) or both (M.G.L. C.6, § 178N). In addition, any person who uses Registry information to threaten to commit a crime may be punished by a fine of not more than one hundred dollars ($100.00) or by imprisonment for not more than six (6) months (M.G.L. C. 275 § 4).

*The Sex Offender Registry Board updates this information on a regular basis to assure that it is complete and accurate. However, this information can change quickly. You are cautioned that information provided on this site may not reflect the current addresses, status, or other information regarding a Level 3 offender. If you believe that any information found in these records is in error, please contact your local Police Department, or call the Commonwealth of Massachusetts Sex Offender Registry Board at 978.740.6400*

| SORB Home | Search Again | MA.GOV | Contact | Top of Page | | print this document |

Commonwealth of Massachusetts ©, 2003

Privacy Policy

On the above date Officer Moriarty informed the C.I.B that he was at 579 Northampton St. and that the victim identified as Roberta Perkins was reporting that a neighbor attempted to keep her in an apartment. She also stated that while she was being held in this apartment this male had made threats to her. I informed Officer Moriarty to have the victim come to the Criminal Investigation Bureau so that a statement could be obtained from her.

Officer Moriarty stated that he was going to send Ms Perkins down to the station. He also stated that he was going to attempt to speak with this suspect and possibly make an arrest for kidnapping. Upon further investigation into this suspect Officer Moriarty informed this Detective that this suspect identified as Walter Johnson was a level 3 sex offender.

Ms Perkins and her fiance identified as Jeremy Darcy reported to the Criminal Investigations Bureau shortly after this. Upon speaking to Ms Perkins she stated that her neighbor who she identified as Walter Johnson had made threats to her and had prevented her from leaving his apartment. She stated that she had went to Mr Johnson apartment to return a knife they had borrowed the night before and see if she could borrow some butter. When she returned this knife she states that she thanked him for the knife. She states that at this time Mr Walters slammed the door preventing her from leaving. He grabbed her face and brought her face towards his and stated to her "I am a man and I have needs and your going to give them to me whether I take them or you give them to me". She states that she looked down from him towards the floor and he told her not to look down and to look at him. She states she looked at him and asked if she could borrow some butter. She then states that he started to make his way towards the refrigerator, she started to open the door to escape. As soon as he saw this he ran back to the door and slammed it shut. He then grabbed her arm and told her to "stop playing with me, I am going to get what I

want even if I have to take it". She stated that she told Johnson that her boyfriend was going to come over looking for her and he replied he didn't give a shit. She states that he let go of her arm and said "I want to show you something". She states that he started to walking towards a table with a bunch of papers on it. She states that when he turned and started towards the table she ran out the door.

She stated that she ran outside and met her boyfriend who was already waiting outside their bungalow. When she told her boyfriend Identified as Jeremy Darcy he went over to confront Mr Johnson at his apartment. When he knocked on the door Johnson answered the door with an empty 40 once bottle in his hand and invited Darcy in. Darcy stated that it was not a welcome invitation and felt that Johnson was going to become violent with him. They then borrowed some change and called the police.

I obtained a statement from Ms Roberta Perkins in regard to this matter. Once this statement was complete I had Ms Perkins read this statement and after agreeing to its contents I had her sign this statement. I also signed this statement and placed it into the file for court purposes. This statement was started at 17:46 hrs and was completed at 18:26hrs.

Detective Stuart obtained a statement from Jeremy Darcy who Ms Perkins first reported this incident to. Once this statement was completed Detective Stuart had Mr Darcy read this statement and after agreeing to it's contents had him sign this statement. Detective Stuart also signed this statement. This statement was also placed into the file for court purposes.

Ms Perkins states that she has spoken and dealt with Mr Johnson in the past because she used to be friends with his girlfriend. Recently Mr Johnsons girlfriend has left him. Mr Perkins reports that this was the first time that she was alone in the apartment with Mr Johnson./

Upon a check with our records bureau Mr Walter D. Johnson is registered as a level 3 sex offender with the address of 579 Northampton St.

Holyoke Police Department
Arrest Report

Page: 1
07/04/2005

Arrest #: 05-1665-AR
Call #: 05-24000

```
  ̣e/Time Reported: 07/03/2005 @ 1625
  Arrest Date/Time: 07/03/2005 @ 1719
 Booking Date/Time: 07/03/2005 @ 1719
              OBTN: THOY200501665
 Reporting Officer: OFFICER MATTHEW MORIARTY
   Booking Officer: LIEUTENANT BRIAN CASSIDY
 Approving Officer: SERGEANT DANIEL FALLON

         Signature:
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | JOHNSON, WALTER<br>579 NORTHAMPTON ST 3<br>HOLYOKE MA 01040 | M | B | 44 | 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 | |

```
       HEIGHT: 602    WEIGHT: 196           HAIR: BLACK      EYES: BROWN
         BODY: MEDIUM                 COMPLEXION: BLACK
          DOB: 09/03/1960          PLACE OF BIRTH: CHARLESTON, NY
LICENSE NUMBER: MA S94318294              ETHNICITY: NOT HISPANIC
```

_____[APPEARANCE]_____

```
              GLASSES WORN: YES

              FATHER'S NAME: JOHNSON, WALTER
              MOTHER'S NAME: LEE, MATTIE

                             COLLEGE AVE
                             AMHERST MA
```

_____[RIGHTS/BOOKING CHECKS]_____

```
          PHONE USED: N
    ARRESTEE SECURED: Y  07/03/2005  1720
    ARRESTEE CELL #: M-6

        FINGERPRINTED: Y
         PHOTOGRAPHED: Y
        SUICIDE CHECK: Performed
              PERSONS: State&Federal
   NCIC VEHICLE CHECK: Not Performed
    INJURY OR ILLNESS: N  -  NONE
```

| # | OFFENSE(S) | A/C | STATE LAW | |
|---|---|---|---|---|

```
LOCATION TYPE: Commercial/Office Building    Zone: RA-7
THE  BUDGET INN
579 NORTHAMPTON ST 9
HOLYOKE MA 01040
```

1  KIDNAPPING
           OCCURRED: 07/03/2005    1625              C     265         26
   WEAPON/FORCED USED: None

2  ASSAULT AND BATTERY
           OCCURRED: 07/03/2005    1625              C     255         13A
   WEAPON/FORCED USED: None
   AGGR. ASSAULT/HOMICIDE: Other Felony Involved

Holyoke Police Department
Arrest Report

Page: 2
07/04/2005

Arrest #: 05-1665-AR
Call #: 05-24000

| # | OFFENSE(S) | A/C | STATE LAW | |
|---|---|---|---|---|
| 3 | THREAT TO COMMIT CRIME (RAPE)<br>OCCURRED: 07/03/2005   1625 | C | 275 | 2 |

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | PERKINS, ROBERTA<br>579 NORTHAMPTON ST 9<br>HOLYOKE MA 01040<br>DOB: 11/21/1977<br>INJURIES: None<br>ETHNICITY: Hispanic<br>RESIDENT STATUS: Resident<br>VICTIM CONNECTED TO OFFENSE NUMBER(S): 1   2   3<br>RELATION TO: JOHNSON WALTER       Neighbor | F | W | 27 | 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 | 413-218-9531 |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | DARCY, JEREMY R<br>579 NORTHAMPTON ST 9<br>HOLYOKE MA 01040<br>DOB: 05/23/1979 | PARTICIPANT | M | W | 26 | 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 | 413-218-9531 |

| # | OTHER PROPERTIES | PROPERTY # | STATUS |
|---|---|---|---|
| 1 | KITCHEN KNIFE WITH BLACK HANDLE<br>QUANTITY: 1           VALUE: $5.00<br>SERIAL #: NOT AVAIL<br>   DATE: 07/03/2005<br>   OWNER: JOHNSON, WALTER | 05-1877-PR | Seized (Not Previously Stolen) |
| 2 | PAPERS WITH WRITING<br>QUANTITY: 2           VALUE: $2.00<br>SERIAL #: NOT AVAIL<br>   DATE: 07/03/2005<br>   OWNER: JOHNSON, WALTER | 05-1880-PR | Seized (Not Previously Stolen) |

The following statement is being given by Roberta Perkins, D/O/B:11/21/77: SS#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: Phone 218-9531 of 579 Northampton St. Apt.#9 to Detective Kevin Whalen. This statement is being taken at the Holyoke Police Departments Criminal Investigations Bureau. The date is July 3, the time is 17:46.

R.P.

I live at 579 Northampton St. the Budget Inn, I stay there with Fiance, Jeremy Darcy. We have have been living the for almost three months. We stay in apartment number #9. There is a guy named Walter lives in the number # 3 apartment. We have known Walter for about three months. Walter is a black guy about 6'1 or 6'2 with a thin build and nappy gray and black hair. He used to live there with his girlfriend, Sherry. Sherry just recently left him last week. I don't know why, I guess they were just having some problems. When I knew Sherry she used to come over to my apartment and I would go over to hers. Walter would be there when I came over but I never had a problem with him.

Last night I went over to Walter apartment to borrow a knife so that we could cut up some chicken. I asked if I could borrow a knife and he gave me a big cutlery knife. He said that I could bring the knife back tomorrow clean or dirty. There was no else in the apartment with Walter at this time. I was there for about two minutes and left. We didn't see Walter the rest of the night.

Today around 5 p.m. I went to Walters apartment to return the knife and asked if I could borrow some butter. I knocked on the door and Walter answered it and invited me in. I saw a empty 40 ounce beer bottle on the side of the chair behind the door. He told me that he had just got done drinking it. I put the knife down on the counter and thanked him for using it. He put his left hand and left foot against the door so that I couldn't leave. He took his right hand and grabbed my face and grabbed my face towards him until we were face to face. He said that "I am a man and I have needs and you're going to give them to me, whether you give them to me or I have to take them". I told him that I was not like that and that I have a fiancé that I love very much and that I am not like that. Then I looked down away from him and he told me not to look down and to look at him. When I looked at him I asked if I could borrow some butter. He went towards to refrigerator; I started to open the door to get out. He noticed that I was opening the door and came running over and slammed the door again. He grabbed my arm and said "stop playing with me girl; I am going to get what I want even if I have to take it". I told him that if you don't let me go Jeremy was going to come over here. He said that he didn't give a shit. I told this to him a couple of times while he had me in the apartment. He released my arm and told me that he had something to show me. He started going towards a card game table that had bunch of papers on it. When he started towards this table I ran out the door. He slammed the door after I ran out. I ran right to my fiancé who was already outside. I told him never to have me go over there again and he asked me why. I told Jeremy what he had done and said. Jeremy became mad and went over there. Jeremy knocked on the door and I don't know what happened after that. Jeremy later told me that Walter had answered the door with and empty 40 once beer bottle down by his

R.P.

side and told Jeremy to come in. Jeremy didn't go in and he left and that's when we called the police.

When he had me in the apartment I felt scared and helpless and that he was going to rape or assault me. The way he was talking and the looks on his face were very scary. I think he may have been under the influence of something else besides alcohol. I knew that at some point I was going to try and get out of there. That's when I asked him if I could borrow some butter. He kept me in that apartment for about 15 or twenty minutes. I have never seemed him act this way before. I have been there before and he has never acted like this towards me before. This is the first time that I have ever been alone with him in the apartment.

Statement ends at 18:26 hrs

Statement Given by _Roberta Jean Pikens_

Statement Taken by _Det Kevin Whaler 241_

**STATEMENT JEREMY DARCY (DOB 05/23/79  SSN 009507843) of 202 County Rd Southampton Ma. Phone #413-218-9531.  Taken by Det. Richard Stuart Holyoke Police Dept at the CIB OFFICE. 07/03/05 at 1741hrs.**

My name is Jeremy Darcy, I'm here to talk about the incident at the Budget Inn involving my Fiancée Roberta Perkins and Walter. Walter is a tall black male he lived in room three, we were staying room 9. He had been there about 3 months, we've known Walter about 2 months.

When we fist met him Walter was living with a girl named Sherri.

Today at around 5 PM, I mentioned to Roberta that I was going to return a Butcher's knife I had borrowed. Instead Roberta took it and said she'd do it herself. After she walked over I realized she wasn't back yet. It didn't take that long to return a knife and borrow some butter.

After ten minutes she came back, she was shaking, upset and gave me a hug. I asked her what happened, and she didn't want to tell me because the property manager was in the room and she didn't want to talk in front of him. So we went outside and talked.

She said " He wanted to get "a piece" from me. I took that to mean sex. She told me that he wouldn't let her out of the room he used his foot to keep her from getting out the door. He ended up grabbed her face, making her look at him. After she told this I went over to see what was going on.

Walter opened the door, he had a 40oz beer bottle in his hand, and he told me to come into the room, I was afraid that he was going to try something with me. I felt that he was going to be violent with me. So I backed away, went back to my room and Roberta stated that she wanted to call the police.

We borrowed some change from the store, went to the pay phone and called the police.

The police came and brought us to the Station and arrested Walter.

_Jeremy Darcy_
Jeremy Darcy

_Det Richard Stuart_
Det Richard Stuart

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF THE TRIAL COURT

HAMPDEN, SS.                                DISTRICT COURT DEPARTMENT
                                            HOLYOKE DIVISION
                                            DOCKET #: 05-1954

COMMONWEALTH

    V.                                      NOLLE PROSQUI

Walter Johnson


Now comes the Commonwealth in the above-entitled matter and enters a Nolle Prosqui for the reason that: Ct 1 + 3 only the Commonwealth chooses not to proceed at this time

 

                                                    Respectfully Submitted,
                                                    THE COMMONWEALTH

                                                    Assistant District Attorney

Dated: 8-5-05

**ALLOWED/DENIED**


J:\Holyoke Canned Motions\Motion to Nolle Prosqui.doc

# KIDNAPPING
# A&B
# THREAT TO COMMIT A CRIME (RAPE)

**SUSPECT:** Johnson, Walter
**VICTIM:** Perkins, Roberta

07/03/2005 1742

On the above date I, Ofc. Moriarty, was assigned to Unit 241 a marked cruiser. I was dispatched to the Budget Inn, 579 Northampton St., for the 9-1-1 call.

Arrived on scene and spoke with the victim, Roberta Perkins. Ms. Perkins appeared to be distraught. As she began to speak to me she wrapped her arms around herself as if to protect herself. Ms. Perkins stated she had gone to apartment #3, the apt. of Walter Johnson, to return a borrowed knife. Mr. Johnson let Ms. Perkins into the apartment and as she entered he shut the door behind her. Ms. Perkins turned to Mr. Johnson and he blocked the door. Mr. Johnson placed his foot against the door and prevented the door from being opened.

Mr. Johnson stated to Ms. Perkins " I have needs that need to be filled and I want you to fill them." Ms. Perkins tried to open the door to leave but was unable to because Mr. Johnson was preventing the door from opening thus preventing Ms. Perkins from leaving. Ms. Perkins looked away from Mr. Johnson and he grabbed her face saying " Look at me when I talk to you!"and forced her to look at him. When they were face to face Mr. Johnson stated "Either way I'm gonna get what I need. You can give it or I can take it." Ms. Perkins asked for some butter and Mr. Johnson went to get the butter. Ms. Perkins once again tried to leave since the door was not blocked, but as she opened the door Mr. Johnson made his way back to the door and slammed it shut. Ms. Perkins told Mr. Johnson she wants nothing to do with him, she loves her husband and just wants to leave. Mr. Johnson asked Ms. Perkins to look at his writings. As he turned to his note pads she was able to open the door and run from the apartment. Ms. Perkins returned to her apartment, #9, and told her husband, Jeremy Darcy, about the incident.

Mr. Darcy confronted Mr. Johnson about the incident. Mr. Johnson came outside his apartment with a bottle and asked Mr. Darcy to come in and they would talk about the incident. Mr. Darcy refused and a 9-1-1 call was made.

After finishing her statement to me Ms. Perkins stated she had been raped before and she is terrified Mr. Johnson will follow through with his threat. I advised the management of the situation and requested Unit 262, Reyes and J. Dunn, to respond to my location. Sgt. Fallon

was advised of the situation.

Unit 262 arrived on scene and we made our way to apt. 3. I knocked on the door loudly three times with no response. Management allowed us to use a master key and Mr. Johnson was found in the bathroom, door to bathroom was open. It should be noted the Budget Inn apartments are very small and Mr. Johnson should have clearly heard our knocking and was aware of our presence. Mr. Johnson was placed under arrest and handcuffed.

Ofc. Dunn observed a kitchen type knife on a table and secured the weapon. Ms. Perkins identified the knife as the one she returned to Mr. Johnson. Ofc. Reyes observed notebooks with notes on them, these items were also secured. I secured a note that was on the front door of apt. 3. The note was not there when I first arrived on scene and was placed on the door sometime between my arrival and when we approached apt.3. Mr. Johnson was placed in the rear of Unit 241 and transported to the Holyoke Police Dept. for booking. At booking Mr. Johnson refused to cooperate and at the time of this report has yet to be booked per dept. policy.

**CRIMINAL CASE REFERRAL**