United States District Court
District of Massachusetts

Walter D. Johnson, Jr,
    Petitioner,

v.                                    Civil Action
                                      No. 05-11569-MAP
Michael J. Ashe, Jr.,
    Respondent

Petitioner's Opposition To Respondent's
Motion To Dismiss Petition

Petitioner Walter D. Johnson, Jr, ("Johnson") hereby move this Honorable Court that the Respondent's Motion to Dismiss Petition be denied and a hearing on probable cause be held to determine whether his first direct appeal was no more than a meaningless ritual. The Respondent's Motion To Dismiss Petition should be denied, because Respondent faulted Johnson with nine years delay in bringing his appeal in the Massachusetts Supreme Judicial Court, to have conviction affirmed, Johnson's prejudiced by inattention of appellate attorney, and inordinate and unjustified delay occured at the supreme judicial court level.

In further support of this Opposition filing, Johnson referred to Respondent's Appendix for his Opposition To Respondent's Memorandum of Law And The Motion To Dismiss Petition filed.

Wherefore, Johnson respectfully moves that this Honorable Court deny the Respondent's Motion, and that he's granted a hearing on probable cause to determine whether his direct appeal was no more than a meaningless ritual.

Respectfully submitted
By Petitioner
Walter D. Johnson, Jr.,

*Walter D. Johnson Jr.*

Hampden County Sheriff's Dept. and Correctional Center
627 Randall Road
Ludlow, MA 01056

Dated: December 21, 2005.

## Certification of Service

I hereby certify that a true copy of the above document was served on December 21, 2005, by institutional mail, upon: Randall E. Ravitz, Assistant Attorney General, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

*Walter D. Johnson Jr.*
Walter D. Johnson, Jr.,