UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WALTER D. JOHNSON, JR.        )
    Petitioner             )
                                )
             v.              )  C.A. NO. 05-11569-MAP
                                )
MICHAEL J. ASHE, JR.,         )
    Respondent             )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
RESPONDENT'S MOTION TO DISMISS
(Docket Nos. 13 & 26)

March 17, 2006

PONSOR, D.J.

    Petitioner seeks <u>habeas</u> relief pursuant to 28 U.S.C. § 2254 with regard to a conviction that occurred in April of 1986. The court referred Respondent's Motion to Dismiss (Docket No. 13) to Magistrate Judge Kenneth P. Neiman for report and recommendation.

    On February 22, 2006, Magistrate Judge Neiman issued his Report and Recommendation, to the effect that Respondent's motion be allowed, based upon the fact that Petitioner is no longer in custody as a result of any actions related to his 1986 trial. Moreover, Magistrate Judge Neiman noted that Petitioner had failed to exhaust his administrative remedies and that the petition was untimely (Docket No. 26). Petitioner thereafter filed an objection to the Report and Recommendation (Docket No. 28).

Upon <u>de</u> <u>novo</u> review, the court hereby ADOPTS the Report and Recommendation of Magistrate Judge Kenneth P. Neiman dated February 22, 2006. As Judge Neiman points out, Petitioner's current custody is based upon independent charges. He cannot be deemed, as a legal matter, to be in custody relating to the conviction to which this petition is directed. Moreover, Petitioner has failed to exhaust his state remedies, and his petition has been filed well beyond the one-year deadline.

Having adopted the Magistrate's Judge's Report and Recommendation upon <u>de</u> <u>novo</u> review, the court hereby ALLOWS Respondent's Motion to Dismiss (Docket No. 13). This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge