UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WALTER D. JOHNSON, JR.,
    Petitioner(s)

v.      CIVIL ACTION: 05-11569-MAP

MICHAEL J. ASHE, JR.
    Respondent(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT entered for the Respondent pursuant to the Memorandum and Order of the Court entered on March 17, 2006 adopting the Magistrate Judge's Report and Recommendation and granting the Respondent's motion to dismiss.

SARAH A. THORNTON,
CLERK OF COURT

Dated: March 20, 2006      By  Elizabeth A. French
    Deputy Clerk

(Judgment Civil.wpd - 11/98)      [jgm.]